GOVERNOR  
MARY FALLIN

INSURANCE COMMISSIONER  
JOHN D. DOAK



## INSURANCE COMMISSIONER
### State of Oklahoma

December 15, 2017

Doren E. Hohl  
DEC 18 2017  
SERVICE OF PROCESS

FARMERS INSURANCE COMPANY, INC.  
17000 W 119TH ST  
OLATHE     KS   66061

RE: CJ-17-4902  
    In the District Court in TULSA  
    State of Oklahoma  
    KENNEY PHILLIPS  
        vs  
    FARMERS INSURANCE COMPANY, INC.

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons served on the Insurance Commissioner as designated agent for service of process of foreign insurance companies doing business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

JOHN DOAK  
Insurance Commissioner

Sherry Standerfer     Legal Department

dp/enclosure

DOREN HOHL  
6301 OWENSMOUTH AVENUE  
WOODLAND HILLS   CA   91367

EXHIBIT  
1

2736

RECEIVED
OKLAHOMA INSURANCE DEPARTMENT

DEC 15 2017

Legal Division

## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

KENNEY PHILLIPS, )
)
Plaintiff, )
) CJ-2017-04902
v. )
) Judge
FARMERS INSURANCE ) MARY F. FITZGERALD
COMPANY, INC., )
)
Defendant. )

Doren E. Hohl
DEC 18 2017
SERVICE OF PROCESS

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   Farmers Insurance Company, Inc.
Oklahoma Insurance Department
Five Corporate Plaza
3625 NW 56th Suite 100
Oklahoma City, OK 73112-4511

PETITION                         TO BE SERVED BY CERTIFIED MAIL – RETURN RECEIPT
                                 REQUESTED – RESTRICTED DELIVERY

Authorized by

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 11 day of 12            2017    DON NEWBERRY, Court Clerk
                                            COURT CLERK
(SEAL)                          BY: _____
                                            DEPUTY COURT CLERK

Attorney for Plaintiff:
  Anthony M. Laizure OBA No. 5170
  LAIZURE LAW, PLLC
  2120 East 15th Street
  Tulsa, OK 74104
  (918) 749-0749
  (918) 518-7250 - Facsimile

This summons was served on _____ (date of service)

_____
Signature of person serving Summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

## CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the Petition attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 2017, and receipt thereof on the dates shown:

Defendant - Name - Address                 Date Received:
Farmers Insurance Company, Inc.
Oklahoma Insurance Department
Five Corporate Plaza
3625 NW 56th Suite 100
Oklahoma City, OK  73112-4511

_____
Signature of person mailing summons

## AFFIDAVIT OF SERVICE

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

_____
Signature

Subscribed to and sworn to before me this _____ day of _____, 2017.

_____
Notary Public

My Commission Expires:

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA



| | |
|---|---|
| KENNEY PHILLIPS, | ) |
| Plaintiff, | ) Case No. CJ-2017-04902 |
| v. | ) Judge MARY F. FITZGERALD |
| FARMERS INSURANCE COMPANY, INC., | ) |
| Defendant. | ) |

### PETITION

1. The Plaintiff Kenney Phillips (Mr. Phillips) lives in Tulsa County, Oklahoma.

2. The Defendant is a corporation that does business in Tulsa County, Oklahoma.

3. The Plaintiff is a named insured under policies of automobile insurance issued by the Defendant that have total limits of $1,000,000.00 for uninsured/underinsured motorist coverage.

4. On June 10, 2015, Mr. Phillips was rear ended in a traffic collision in Tulsa County. He had injuries to his neck and back and other body parts. He has had surgery. He has incurred medical bills. He has endured physical and mental pain and suffering, loss of enjoyment of life, his injuries are permanent, his condition now is worse than it was before the collision. He may need medical treatment in the future.

5. Mr. Phillips settled with the other driver for that driver's $100,000.00 policy limits. Mr. Phillips submitted a demand to Farmers to pay him $1,000,000.00 "UM" benefits under the policy. Mr. Phillips provided Farmers medical records and medical bills; and offered to settle the UM claim for $120,000.00, which is $880,000.00 less than what Farmers owes Mr. Phillips. Mr. Phillips, a Farmers insured for more than 30 years, has had extensive neck surgery that has left Mr. Phillips to face a lifetime of pain and suffering and misery. In reality, $1,000,000.00 is

not enough money to compensate Mr. Phillips for his pain and suffering, but since that is all Farmers has to pay, Mr. Phillips would accept that sum as a full, final and complete settlement of his UM claim arising from the wreck mentioned above.

**WHEREFORE**, Mr. Phillips requests a jury trial so that a jury in Tulsa County can tell Farmers to pay Mr. Phillips the $1,000,000.00 it owes him.

Respectfully Submitted:

By: _____
Anthony M. Laizure, OBA #5170
Laizure Law, PLLC
2120 East 15th Street
Tulsa, OK 74104
Phone: (918)749-0749
Fax: (918)518-7250
E-mail: TLaizure@LaizureLaw.com
*Attorney for Plaintiff*

*Attorney Lien Claimed*
*Jury Trial Demanded*

2

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**FILED**

JAN - 8 2018

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| KENNEY PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CJ-2017-4902 |
| | ) | Judge Mary Fitzgerald |
| FARMERS INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW the Defendant, Farmers Insurance Company, Inc., by and through its attorney of record, Robert Taylor of the firm Taylor, Ryan, Minton & Van Dalsem, P.C., and enters his appearance and waives all objections to personal jurisdiction venue, service of process, capacity of Defendant to be sued and requests twenty (20) days from answer date to answer as per 12 O.S. 2012.

Respectfully submitted,

TAYLOR, RYAN, MINTON & VAN DALSEM, P.C.

_____
ROBERT TAYLOR- OBA # 8879
1080 Boulder Towers
1437 South Boulder Avenue
Tulsa, Oklahoma 74119-3640
(918) 749-5566 Telephone
(918) 749-9531 Facsimile

EXHIBIT 2

## CERTIFICATE OF MAILING

I, ROBERT TAYLOR, hereby certify that on the ___8___ day of January, 2018, I mailed a true and correct copy of the above and foregoing instrument with proper postage thereon fully prepaid to:

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th St.
Tulsa, OK 74104

_____
ROBERT TAYLOR