## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KENNEY PHILLIPS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FARMERS INSURANCE** )<br>**COMPANY, INC.** )<br>)<br>**Defendant.** ) | Case No. 18-CV-00031-GKF-JFJ |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is stipulated and agreed by the parties that this action shall be dismissed without prejudice pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure, each party to bear its own costs.

July 30, 2018.

FOR THE PLAINTIFF:                                            FOR THE DEFENDANT:

  /s/ Anthony M. Laizure                                         _s/s Robert Taylor_____
Anthony M. Laizure, OBA # 5170                Robert Taylor, OBA # 8879
Laizure Law, PLLC                                             Taylor, Ryan, Minton & Van Dalsem, PC
1616 S. Main Street                                            1080 Boulder Towers
Tulsa, OK 74119                                                 1437 S. Boulder Ave.
Phone: (918)749-0749                                       Tulsa, OK   74119
Fax: (918)518-7250                                            Phone:  (918) 749-5566
E-mail: TLaizure@LaizureLaw.com         Fax:   (918) 749-9531
                                                                          Email: rtaylor@trsvlaw.com